1  Scott Alan Burroughs (SBN 235718)
   scott@donigerlawfirm.com
2  DONIGER / BURROUGHS
   603 Rose Avenue
3  Venice, California 90291
   Telephone: (310) 590-1820
4  Attorneys for Plaintiff
   BERHARD KUHMSTEDT
5

6                    **UNITED STATES DISTRICT COURT**

7                    **CENTRAL DISTRICT OF CALIFORNIA**

8

| BERNHARD KÜHMSTEDT, an individual, | Case No.: 2:21-cv-00963-MFW-AGR |
|---|---|
| | *Hon. Michael Fitzgerald Presiding* |
| Plaintiff, | **NOTICE OF SETTLEMENT OF THE ACTION** |
| v. | |
| CONSEQUENCE HOLDINGS, LLC, an Illinois Limited Liability Company, individually and doing business as "ConsequenceOfSound.net"; and DOES 1-10, inclusive, | |
| Defendants. | |

1
NOTICE OF SETTLEMENT OF THE ACTION

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the parties have reached a resolution of this action, are currently in the process of memorializing the terms of the agreement and should be in a position to file a dismissal of this matter within thirty (30) days. This settlement will resolve this matter in its entirety. So owing, Plaintiff respectfully request the current hearings, dates, and deadlines be vacated or continued by thirty (30) days so that the parties can finalize performance of the terms of the agreement and file the appropriate dismissal.

Respectfully submitted,

Dated: May 24, 2021              DONIGER / BURROUGHS

                    By:   */s/ Scott Alan Burroughs*
                          Scott Alan Burroughs
                          Attorneys for Plaintiff
                          Bernhard Kuhmstedt